**Julia Obermeyer, Appellee, v. Chicago City Railway Company, Appellant.**

**Gen. No. 18,842.   (Not to be reported in full.)**

Appeal from the Superior Court of Cook county; the Hon. CHARLES M. FOELL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Reversed and remanded. Opinion filed February 17, 1914.

## Statement of the Case.

Action by Julia Obermeyer against Chicago City Railway Company to recover for personal injuries sustained in a collision while a passenger on one of defendant's cars. Defendant conceded its liability, the only dispute, at the trial, being as to the extent of the injury. From a judgment for seven thousand dollars in favor of plaintiff, defendant appeals.

JAMES G. CONDON and CHARLES LE ROY BROWN, for appellant; LEONARD A. BUSBY, of counsel.

JOHN F. WATERS, for appellee.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

## Abstract of the Decision.

1. WITNESSES, § 286*—*impeachment of party's own witness.* A party calling a physician as a witness is not permitted to impeach him by evidence of statements made out of court.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

2. APPEAL AND ERROR, § 1483*—*where admission of impeaching evidence reversible error.*  Where the evidence was conflicting as to whether pains in plaintiff's knee were due to rheumatism as contended by defendant or to being thrown to the floor of the car in a collision as claimed by plaintiff, the admission in behalf of plaintiff of evidence of statements of her physician, called by her as a witness, for purposes of impeachment constituted reversible error.

